No. 633, Misc. SAMS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Jerome M. Feit* for the United States.

No. 654, Misc. WEEKS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. *Clyde W. Woody* and *Marian S. Rosen* for petitioner.

No. 662, Misc. DEWELLES v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. *Robert H. Wyshak* and *Lillian W. Wyshak* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin, Crombie J. D. Garrett* and *Benjamin M. Parker* for the United States et al.

No. 123, Misc. REESE v. LOUISIANA. Sup. Ct. La. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE FORTAS and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted. *Sam J. D'Amico* for petitioner. *Jack P. F. Gremillion,* Attorney General of Louisiana, and *Ralph L. Roy* for respondent.

No. 124, Misc. WHITE v. FLORIDA. Sup. Ct. Fla. Certiorari denied. MR. JUSTICE FORTAS is of the opinion that certiorari should be granted. *Earl Faircloth,* Attorney General of Florida, and *Fred T. Gallagher,* Assistant Attorney General, for respondent.

No. 141. FOWLER ET AL. v. BENTON, *ante,* p. 851; No. 148. SUDDUTH v. CALIFORNIA, *ante,* p. 850; and No. 491. SAYLES v. WIEGAND, PRESIDENT, BOARD OF DIRECTORS OF METROPOLIS BUILDING ASSOCIATION, ET AL., *ante,* p. 45. Motions to dispense with printing petitions for rehearing granted. Petitions for rehearing denied.